## IVAN EMORY FARRAR v. WILLIAM FARRAR.

(Filed 27 November 1963.)

**Automobiles § 47—**

Evidence that defendant, while his invitee was attempting to enter the vehicle but before he was actually in, started the vehicle, resulting in injury to the invitee, *held* sufficient to be submitted to the jury on the issue of negligence.

APPEAL by plaintiff from *Crissman, J.,* February 25, 1963 Civil Session, GUILFORD Superior Court, Greensboro Division.

Civil action to recover damages for personal injury allegedly caused by defendant's actionable negligence. From a judgment of nonsuit entered at the close of the evidence, the plaintiff appealed.

*Robert S. Cahoon for plaintiff appellant.*

*Jordan, Wright, Henson & Nichols, and G. Marlin Evans by G. Marlin Evans for defendant appellee.*

PER CURIAM. The parties are brothers. On February 26, 1960, the plaintiff accepted the defendant's invitation to accompany him in the latter's pickup truck to the home of a near relative. The defendant entered his truck from the left, and while the plaintiff was attempting to enter from the right, but before he was actually in the vehicle, it moved off, inflicting personal injuries.

The evidence most favorable to the plaintiff permits the inference that defendant was careless in moving the vehicle while the plaintiff was in a place of danger; that the movement resulted in some injury to the plaintiff. Appropriate issues should have been submitted to the jury. The judgment of nonsuit is

Reversed.